United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Corey Linn Haldeman
Debtor

Case No. 26-02582-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke Page 1 of 1
Date Rcvd: Oct 27, 2026 Form ID: pdf010 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: haldemansconstruction@yahoo.com | Oct 27 2026 21:09:00 | Corey Linn Haldeman, 6205 Rock Hill Road, Chambersburg, PA 17202-9348 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

MAX ROSENN U.S. COURTHOUSE
197 South Main Street, Room 274
Wilkes-Barre, PA 18701
(570) 831-2500

Seth F. Eisenberg
Clerk

SYLVIA H. RAMBO US COURTHOUSE
1501 N. 6TH Street
Harrisburg, PA 17102
(717) 901-2800

D. Troy Sellars
Chief Deputy Clerk

October 26, 2026

Corey Linn Haldeman
6205 Rock Hill Road
Chambersburg, PA 17202

In Re: Corey Linn Haldeman
Case No.: 1:26-bk-02582-HWV
Chapter: 13

Dear Debtor:

Please be advised that even though your case has been dismissed, you remain responsible for the unpaid filing fees.

**Your unpaid filing fees total: $** **313.00**

You can pay these fees using any of the following methods:

- On-line using a debit card (https://www.pamb.uscourts.gov/online-fee-payments);
- a cashier’s check; or
- a money order.

Cashier’s checks and money orders must be made payable to the “Clerk, United States Bankruptcy Court”.

The Clerk’s office does not accept cash, personal checks from debtors, or third-party checks.

Please promptly submit your payment.

Sincerely,

*Pattie Litzenberger*

Administrative Specialist